```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23886
   CELESTE KEARNEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-0491


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/19/2007 and was not confirmed.

     The case was dismissed without confirmation 03/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV   SECURED VEHIC     19244.25              .00             .00
CONSUMER PORTFOLIO SERV   UNSECURED         NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY           1628.76              .00             .00
ILLINOIS DEPT OF REV      PRIORITY          NOT FILED             .00             .00
CINGULAR                  UNSECURED         NOT FILED             .00             .00
ROUNDUP FUNDING LLC       UNSECURED            830.91             .00             .00
CALVARY PORTFOLIO SVCS    UNSECURED         NOT FILED             .00             .00
CLAIRES BOUTIQUE          UNSECURED         NOT FILED             .00             .00
DIAGNOSTIC IMAGING ASSOC  UNSECURED         NOT FILED             .00             .00
FIRST BK OF DE CONTINE    UNSECURED         NOT FILED             .00             .00
PREMIER BANKCARD          UNSECURED            420.40             .00             .00
HARVARD COLLECTION SERVI  UNSECURED         NOT FILED             .00             .00
ILLINOIS BONE & JOINT     UNSECURED         NOT FILED             .00             .00
NUVELL FINANCE            UNSECURED         NOT FILED             .00             .00
RESSURECTION MEDICAL CEN  UNSECURED         NOT FILED             .00             .00
RMI/MCSI                  UNSECURED            400.00             .00             .00
SAGE TELECOM              UNSECURED         NOT FILED             .00             .00
SALLIE MAE INC            UNSECURED           7281.22             .00             .00
SPRINT-NEXTEL CORP        UNSECURED            248.16             .00             .00
SOUTH SHORE EMERG PHYSIC  UNSECURED            193.50             .00             .00
EFRAN ESOLIOS             NOTICE ONLY       NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  UNSECURED             14.70             .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY            .00                              .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 23886 CELESTE KEARNEY
```

```
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                               ---------------        ---------------
TOTALS                                    .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE